PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

RECEIVED JAN 10 2006 CLERK U.S. DISTRICT COURT ANCHORAGE ALASKA

DOCKET NUMBER (Tran. Court)
A04-0022-03 CR (JWS)

DOCKET NUMBER (Rec. Court)
CR 05-1257-RGK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| James Ho Moon<br>Central District of California | DISTRICT OF ALASKA | Anchorage |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 20 2005
CENTRAL DISTRICT OF CALIFORNIA
BY

NAME OF SENTENCING JUDGE

John W. Sedwick, Chief U.S. District Court Judge

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 13, 2004 | TO October 12, 2007 |
|---|---|---|

OFFENSE

Attempted Export and Sale of Illegally Taken Wildlife

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10-26-05
Date

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>CENTRAL DISTRICT OF CALIFORNIA</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

DEC 20 2005
Effective Date

CHIEF   _United States District Judge_

